UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/20
```

      -against-

LAMAR MOORE,

                    Defendant.
------------------------------------------------------------------x

**ORDER**
18 CR 167 (KMW)

KIMBA M. WOOD, District Judge:

    The Court construes Mr. Moore's May 26, 2020, letter (Doc. # 76), to be a motion for return of property.

    To Government is ordered to respond to this letter, with a mailed copy to the defendant, by June 22, 2020.

    SO ORDERED.

Dated: New York, New York
       June 12, 2020

                                                  _Kimba M. Wood_
                                                  KIMBA M. WOOD
                                          UNITED STATES DISTRICT JUDGE