```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/30/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA,

      -against-                                               18-CR-167 (KMW)

LAMAR MOORE,                                                **ORDER**

                       Defendant.

---------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      Defendant Lamar Moore has moved for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2). (ECF No. 85.) On or before December 21, 2020, the Government shall respond to Defendant's motion.

      SO ORDERED.

Dated: New York, New York
       November 30, 2020

                                                      */s/ Kimba M. Wood*
                                                       KIMBA M. WOOD
                                             United States District Judge