```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    7/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

    v.

LAMAR MOORE,

                Defendant.

-------------------------------------------------------X

18-CR-167 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Defendant Lamar Moore moves the Court for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A). A redacted version of his motion papers has been posted to the docket (ECF No. 103), and the original has been filed under seal (ECF No. 104). The Government shall respond to Moore's motion for a sentence reduction no later than August 19, 2022. Moore's reply, if any, must be submitted by September 30, 2022.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant.

    SO ORDERED.

Dated: New York, New York
       July 20, 2022

                                                  */s/ Kimba M. Wood*
                                                  KIMBA M. WOOD
                                          United States District Judge